464 A.2d 528

Commonwealth v. Fredericks, Appellant.

Submitted September 14, 1982.   Warren D. Utermahlen, for appellant;  Steven R. Guccini, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Pike County President Judge Harold A. Thomson, Jr. is affirmed.

HOFFMAN, J. concurred in the result.

464 A.2d 529

Commonwealth v. Griffin, Appellant.

Submitted February 1, 1983.   Jonathan Ganz, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Judgment of sentence affirmed.